**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


IN RE: STANLEY TEOFIL ZELINSKY, JR.   :   No. 808 MAL 2015

                                               :

PETITION OF: STANLEY TEOFIL       :   Petition for Allowance of Appeal from
ZELINSKY, JR.                                 :   the Order of the Superior Court


## ORDER


**PER CURIAM**

     **AND NOW**, this 24th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Eakin did not participate in the decision of this matter.

     Justice Donohue did not participate in the consideration or decision of this matter.